

February 5, 2009

Rolls Royce Paschat
Deputy Clerk
411 West 4th Street, Room 1053
Santa Ana, California 92701-4516

Re: <u>U.S. v. Reeder</u>, 8:08-cv-1098 AHS.

Dear Clerk,

    Enclosed please find a copy of Defendant's Motion for Extension of time to File Reply to Government Response. Also please find a second copy and a self addressed stamped envelope ("SASE"). I would request that you mark the extra copy as filed and return via the SASE.
    Lastly, Defendant Reeder is being released from prison on February 10, 2009 to the halfway house. Accordingly, I would respectfully request that you change the address on the Court's Docket Sheet to reflect the address below.

        Address Change:

        Stephen W. Reeder
        c/o RZ Construction
        23293 Ventura Boulevard
        Woodland Hills, Ca. 91364

                              Most resprctfully,

                                Stephen W. Reeder